IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03166-RBJ-MEH

PATRICK COLLINS, INC.,

    Plaintiff,

v.

JOHN DOES 1-5,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 19, 2012.**

    Plaintiff's Motion to Correct Scrivener's Error [filed December 18, 2012; docket #13] is **granted**. An Amended Order reflecting the correct caption is filed contemporaneously with this minute order.