IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-03166-WYD-MEH

PATRICK COLLINS, INC,

    Plaintiff,

v.

JOHN DOES 1-5,

    Defendants.

## ORDER

THIS MATTER is before the Court on plaintiff, Patrick Collins, Inc.'s, Notice Of Voluntary Dismissal Without Prejudice Of John Does 1, 2, 3, 4, And 5 [ECF No. 21], filed on April 8, 2013.  After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, this action should be dismissed without prejudice.  Accordingly, it is

ORDERED that the above captioned case is **DISMISSED WITHOUT PREJUDICE**.

Dated: April 11, 2013.

                                                BY THE COURT:

                                                <u>/s/ Wiley Y. Daniel</u>
                                                Wiley Y. Daniel
                                                Senior U.S. District Judge